**Dismiss and Opinion Filed August 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-00723-CV

---

### IN THE ESTATE OF JOHN FRANCIS HUMPHRIES, DECEASED

---

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-03005-1**

---

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Whitehill
Opinion by Justice Francis

Before the Court is appellant's unopposed motion to dismiss. The motion recites appellant no longer desires to continue with the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

180723F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE ESTATE OF JOHN FRANCIS
HUMPHRIES, DECEASED

No. 05-18-00723-CV

On Appeal from the Probate Court No. 1,
Dallas County, Texas
Trial Court Cause No. PR-17-03005-1.
Opinion delivered by Justice Francis,
Justices Fillmore and Whitehill
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Chris Kouvelis, Jr., as Independent Executor, recover his costs, if any, of this appeal from appellant Dennis Humphries.

Judgment entered August 31, 2018.